# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | **MAY 2015 GRAND JURY**<br>**(Impaneled 05/08/2015)** |
| -vs- | **INDICTMENT** |
| **MICHAEL C. O'NEILL** | **Violations:**<br>Title 26, United States Code, Sections 5861(f) and 5861(d)<br>(2 Counts) |

### COUNT 1

**(Unlawful Making of a Destructive Device)**

**The Grand Jury Charges That:**

On or about July 21, 2015, in the Western District of New York, the defendant, **MICHAEL C. O'NEILL**, knowingly made a firearm, namely, a pipe bomb, a destructive device as described in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), in violation of Chapter 53 of Title 26, United States Code.

All in violation of Title 26, United States Code, Sections 5822, 5845(a)(8), 5845(f), 5845(i), 5861(f) and 5871.

## COUNT 2

(Unlawful Possession of a Destructive Device)

The Grand Jury Further Charges That:

On or about July 21, 2015, in the Western District of New York, the defendant, **MICHAEL C. O'NEILL**, knowingly possessed a firearm, namely, a pipe bomb, a destructive device as described in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), not registered to the defendant in the National Firearms Registration and Transfer Record.

**All in violation of Title 26, United States Code, Sections 5841, 5845(a)(8), 5845(f), 5845(i), 5861(d) and 5871.**

DATED:   Buffalo, New York, August 13, 2015.

                        WILLIAM J. HOCHUL, JR.
                        United States Attorney

BY:   s/FRANK T. PIMENTEL
      Assistant United States Attorney
      United States Attorney's Office
      Western District of New York
      138 Delaware Avenue
      Buffalo, New York 14202
      716/843-5868
      Frank.T.Pimentel@usdoj.gov

A TRUE BILL:

s/FOREPERSON