UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                 Plaintiff,

        vs.                                        Case No. 15-CR-151

MICHAEL O'NEILL,

                                 Defendants.

## MICHAEL O'NEILL'S
## SENTENCING MEMORANDUM

                                             Respectfully submitted,

                                             */s/ Joseph M. LaTona*
                                             JOSEPH M. LaTONA
                                             Attorney for Defendant,
                                               MICHAEL O'NEILL
                                             Office and Post Office Address
                                             716 Brisbane Building
                                             403 Main Street
                                             Buffalo, New York  14203
                                             (716) 842-0416
                                             sandyw@tomburton.com

Mr. O'Neill is scheduled to be sentenced before this Court on December 11, 2017.

Attached for the Court's review are various letters submitted on behalf of Mr. O'Neill.

The letters have been subdivided as follows:

(1)  Family; and

(2)  Friends and acquaintances.

DATED: December 1, 2017  
Buffalo, New York

Respectfully submitted,

*/s/ Joseph M. LaTona*  
JOSEPH M. LaTONA  
Attorney for Defendant,  
  MICHAEL O'NEILL  
Office and Post Office Address  
716 Brisbane Building  
403 Main Street  
Buffalo, New York  14203  
(716) 842-0416  
sandyw@tomburton.com

TO: JAMES P. KENNEDY, ESQ.  
Acting United States Attorney for  
the Western District of New York  
138 Delaware Avenue  
Buffalo, New York  14202  
Attn:  LAURA A. HIGGINS, ESQ.  
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

       I hereby certify that on December 1, 2017 I electronically filed the aforementioned Sentencing Memorandum with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**Laura A. Higgins, Esq.**
**Assistant United States Attorney**

       I further hereby certify that I have mailed by United States Postal Service said document to the following non-CM/ECF participants:

*/s/ Sandra Lee Wright*
SANDRA LEE WRIGHT