# FAMILY

October 20, 2017

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

RE: Michael O'Neill

Dear Judge Wolford:

My name is Linda Ross. I am a registered nurse and spent 40 years in many positions, 24 of which were in the United States Army and Air Force. I am the proud mother of Michael O'Neill. Michael has always been a wonderful son, not perfect but has a good heart.

He has a love of nature. He was a boy scout and won the Pine Wood Derby. He won an award from Erie County Conservation Club and was sent for a week to Rushford DEC camp.

Michael graduated from Niagara Wheatfield High School with a regents diploma. He went on to graduate from Niagara University accomplishing his Bachelor of Science Degree in 4 years. He was inducted into the Honor Society.

Michael is now disabled and needs medical care. He needs one or two more surgeries. He suffers from High Blood Pressure, Hypothyroidism, one kidney, amputation of left leg and a traumatic brain injury. As a nurse I am desperate to get him the medical help he needs. I will take him to all appointments and provide any care he may require.

Michael is an alternate guardian for his severely disabled brother, Robert, who lives in a group home. Bobby needs his love, support and decision making.

I love Michael more than life. His family needs him – most of all his mother. I beg you to send Michael home.

Respectfully,

Linda Ross, R.N.
Lt. Col., USAFR (Ret)
Mother of Michael O'Neill

October 20, 2017

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

RE: Michael O'Neill

Dear Judge Wolford:

My name is William Ross, I am the stepfather of Michael O'Neill. Before joining this family I was the Assistant Principal and Athletic Director at Niagara Wheatfield High School.

Michael was a good school citizen. He was on the Varsity Track, golf and baseball teams. He was chosen Most Valuable Player at the summer baseball camp. He had many good friends.

At home he is devoted to his mother. He helps his sister with her 4 children – babysitting, mentoring and loving them as if they were his own.

I sincerely ask you to consider all Michael's good qualities in making your decision.

Respectfully,

William L. Ross
Lt. Col. USAR (Ret)

Kelly M. O'Neill

October 24, 2017

HONORABLE ELIZABETH A. WOLFORD

United States District Court

Western District of New York

100 State Street

Rochester, NY 14614

Dear Judge Wolford:

My name is Kelly M. O'Neill. I am a chemistry teacher employed by the City of Buffalo Board of Education. I am a single mother of four, the youngest of whom was named in honor of my brother. I am writing in support of my brother, Michael C. O'Neill, in advance of your decision regarding his sentence. Michael is a deeply caring man who has always defended the weak, supported the needy and spoken up about right and wrong. My brother is an honest and moral individual with a strong bond with his family. Not having Michael here has been a burden on our whole family. My children miss their uncle's love and support. Being away from his family, especially his nieces and nephews, has been hard emotionally for everyone, especially Michael. A positive frame of mind and the comfort of family are needed as a part of his healing. He hasn't had access to the medical care necessary for fitting and adjusting to a prosthetic leg. I am asking that you render a sentence of time served so that he can reconnect with his family and receive the medical care he needs to heal.

Sincerely,

Kelly M. O'Neill

October 18, 2017

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
1000 State Street
Rochester, NY 14614

RE: Michael O'Neill

Dear Judge Wolford:

My name is John O'Neill, father to Michael O'Neill.

Michael is my first-born child. His birth made me the happiest and proudest person upon becoming a first-time father.

He enjoyed baseball and played Little League. I thoroughly enjoyed watching him play and the happiness and joy it brought to him and me. Michael was also a Boy Scout and we did scouting activities together. He is a Buffalo Sabre fan and we have attended games together over the years.

Michael's true love is trout fishing. He got me interested in fishing and we spent many years fishing the streams of New York State. Fishing bonded us and those are memories both of us will never forget. Michael was a member of Trout Unlimited and we performed annual cleanup projects together sponsored by Trout Unlimited to enhance streams for both fish and fishermen.

Michael was the first grandchild for my parents. They loved and adored him very much. They loved it when Michael would visit and he enjoyed visits with them.

Michael has one brother, one sister, two nephews, two nieces and two half-brothers, all of whom he loves and misses very much. A third half-brother passed away shortly after birth.

We regularly keep in touch with each other by phone and mail.

Due to Michael's physical limitations, I think it would be in the best interest of everyone if Michael were released to home.

Respectfully,

John O'Neill

October 18, 2017

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
1000 State Street
Rochester, NY 14614

RE: Michael O'Neill

Dear Judge Wolford:

My name is Steven O'Neill. I am a half-brother to Michael O'Neill.

Michael and I have always gotten along well with each other. He would talk sports and fishing with me. I became interested in fishing which is my favorite activity.

I always enjoyed his visits at holidays, birthdays, picnics, etc.

It would be great to have Michael home again soon.


Respectfully,

Steven O'Neill

October 18, 2017

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
1000 State Street
Rochester, NY  14614

RE:  Michael O'Neill

Dear Judge Wolford:

My name is David O'Neill.  I am a half-brother to Michael O'Neill.

Michael and I have always gotten along well with each other.  He would talk sports and race car driving with me.

I always enjoyed his visits at holidays, birthdays, picnics, etc.

It would be great to have Michael home again soon.


Respectfully,

David O'Neill

October 18, 2017

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
1000 State Street
Rochester, NY  14614

RE:  Michael O'Neill

Dear Judge Wolford:

My name is Lori O'Neill, step-mother to Michael O'Neill.

I first met Michael in 1984 when he was 14 years old.  There was an almost immediate
bond between us.  He did numerous things with his dad, John.  I was involved in some of
those activities.

He always acted in a kind, polite manner, never causing any problems.  He would visit us
on holidays, birthdays, picnics and dinners.  Michael is half-brother to our two sons,
Steven and David. He has always gotten along well with them and misses them very
much.  A third half-brother passed away shortly after birth.

I have visited Michael during his incarceration.

Respectfully,

Lori O'Neill

October 21, 2017

Honorable Elizabeth A. Wolford
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

RE:  Michael O'Neill

Dear Judge Wolford,

I am Karen LoBracco, a cousin of Michael O'Neill.  His maternal grandmother and my paternal grandmother were sisters.  I moved out of the Buffalo area in 1969, but in regular visits to the area have kept in touch with his family through the years.  It was not unusual for Michael to be present when I visited his mother Linda and his step-father Bill Ross.

On the morning of July 21, 2015 I was driving to a job interview in Kent, Ohio when I heard a radio news item about an incident on Walmore Road in Wheatfield.  I called my husband and he looked online and confirmed that indeed it was Michael's address.  On my way home from Ohio that evening I stopped at Erie County Medical Center and visited Michael and his mother.  I attended one of his court hearings in Buffalo.  During his confinement in the 2 jails I have sent him occasional cards and letters.  I share this so that you know that I have been engaged throughout his entire life, although I would not say we are close.

In your sentencing I ask that you take into account the length of time served, and the fact that by virtue of his leg amputation, he will never be able to forget the circumstances of the crime that he is pleading guilty to.

Respectfully,

*Karen P. LoBracco*

Karen P. LoBracco

# FRIENDS

# &

# ACQUAINTANCES

October 26, 2017

Honorable Elizabeth A. Wolford
United States District of New York
100 State Street
Rochester, N.Y. 14614

Re: Michael O'Neill

Dear Judge Wolford:

I, Nancy Graser, am writing this letter on behalf of Michael O'Neill. I am a
registered nurse living in Victor, N.Y. and N. Venice, Fl. My relationship to
Michael is through his mother, Linda Ross. Our friendship began fifty (50) years
ago at Millard Fillmore Hospital School of Nursing in Buffalo, N.Y. We have kept
in touch and remained close friends though we have lived in different cities. Over
the years, while raising our children, we have shared life's joys and have helped
each other through difficult and sad times.

I have known Michael since his birth in November, 1969. His parents and
stepfather have provided a loving home environment. They have instilled good
values, religious education and compassion for others.

Michael was a happy child. His grandparents were an important influence in his
life, living close by. He was devoted to them and helped them as they grew older,
became ill and then moved into his home so his mother could care for them. He has
been a loving son, brother and uncle.

Michael has varied interests. He enjoys sports, reading, especially about history
and is concerned about conservation. He loves the outdoors, animals, fishing and
the Adirondacks. In his youth he was a boy scout.

Michael was a good student, participated in athletics and had many friends. He
attended and graduated from Niagara University receiving a Bachelor of Science
degree.

Whenever I have been with Michael he has been polite and respectful. I have been
sending cards and writing to Michael in the last year. He has replied promptly and

always addresses me as Mrs. Graser even though he has known me since his childhood.

I have known Michael to be a hard working, responsible and respectful of authority. He has a desire to help others offering advice for their well being.

Michael is very good to his sister, Kelly's four children caring about them and teaching them since they were born. He loves them as if they were his own. Michael cares deeply for his brother, Bobby, who is severely disabled, living in a facility where he receives 24-hour care.

Several years ago, Michael suffered a tragic traumatic brain injury. I am aware he has other health issues, one being the loss of his leg due to amputation below the knee.

Michael's incarceration has been extremely hard, not only on Michael, but his entire family, especially his mother. Her worry for him and his well being is constant. In addition, she has concerns about and spends many days at the bedside of her disabled son as he is often hospitalized with pneumonia and other medical problems.

As you review Michael's case, I am asking for your compassionate consideration in giving Michael a second chance at becoming a contributing member of society and living his life to the fullest of his ability.

Respectfully,

*Nancy A. Graser R.N.*

Nancy A. Graser, R.N.
Wife, mother of four
Grandmother of six

October 31, 2017

Honorable Elizabeth A. Wolford

United States District Court

Western District of New York

100 State Street

Rochester, N. Y. 14614

Re:    Michael O'Neill

Dear Judge Wolford:

My name is Sister Rachel Mikolajczak, presently I am the Pastoral Associate

At Blessed Mary Angela Parish in Dunkirk, New York. My relationship to

Michael is through his mother, Linda. At the time I met Linda I was the

Principal at Our Lady of Czestochowa school in North Tonawanda.

Linda O'Neill was the school nurse, and we became friends. That is when I

Met Michael. Linda and I have been friends since then. I've seen Michael

Grow up from a little boy. I was always courteous to me and a good boy.

Linda has always spoken to me of him as being a normal regular boy

Growing up in today's world.

Respectfully,

Sister Rachel Mikolajczak

*Sister Rachel Mikolajczak*

 Gmail

## Regarding Michael O'Neill
1 message

Thu, Oct 26, 2017 at 12:56 PM

October 26th, 2017

Honorable Elizabeth A. Wolford
United States District Court
Western District of New York
100 State Street
Rochester, NY. 14614

RE:  Michael O'Neill

Dear Judge Wolford,

My name is Yvonne Michalak and I am a Registered Nurse, retired from Women and Children's Hospital of Buffalo. I spent 38 years in the Critical Care areas of the Hospital, in Pediatric ICU and Surgical Children and Women's Post Anesthesia Recovery Rooms.  My husband and I recently celebrated 50 years of marriage and we have 2 Sons and 4 Grandchildren.

In 1966, Linda Treat Ross and I became Room Mates and good friends at Millard Fillmore Hospital School of Nursing.  We both became engaged in our final year of Nursing School, double dated together, and married within one week of each other.

When Michael was born in 1969, we were in Arizona, but returned to Buffalo a year later to meet the new baby. We resumed our friendship and spent many days visiting one another's homes, going on picnics, and celebrating birthdays as our families grew.  Michael and his sister, Kelly played frequently with our sons and enjoyed swimming and playing games together on many occasions over the years.  I watched Michael grow from a Toddler to a responsible big brother to his sister and his brother Bobby, who is severely handicapped.  He was always and remains a loving son to his parents.  Michael was a Cub Scout and loved the outdoors and earned many badges.

In High School, Michael played on several sports Teams including baseball and golf, and was a considerate team mate and considered an asset to his School.  He babysat regularly for his younger sister, Kelly and performed errands and jobs such as cutting lawns and snow removal for his elderly neighbors.  He also volunteered for the local Lions Club.

Michale graduated from Niagara University in four years and was a Member of the Honor Society.

Last summer, I spoke to Michael when he was recovering from his head injury.  Ii told him I would continue to pray for him and that he was always in our hearts and thoughts.

Michael is a co-guardian for Bobby (Robert O'Neill), his handicapped brother who lives in a Group Home, and frequently helped his sister, Kelly, with her four children, as she is a single parent.  His family needs his support.

I respectfully ask your consideration of the many good and responsible things Michael has done over the years.

Respectfully.
Mrs. Yvonne Michalak, RN

November 5th, 2017

**HONORABLE ELIZABETH A. WOLFORD**
**United States District Court**
**Western District of New York**
**100 State Street Rochester, NY 14614**

RE: Michael O'Neill

Dear Judge Wolford,
My name is Terri Grundy and I am currently living in Palmyra, VA. Until my move 8 years ago, I was a life long resident of the Tonawandas, and attended Tonawanda High School. I pursued a profession in the teaching field, and worked in several schools in the Tonawandas and Buffalo. I am currently substitute teaching here in Charlottesville, a short distance from Palmyra.

I met Linda O'Neill during my high school years and we have remained friends over the past 50 years. Linda and I were fast friends when Michael O'Neill was born and I enjoyed making memories with him and his family as he grew up. Michael was a well cared for and much loved son. He played often with my children and we spent many happy times together. Michael was given many opportunities for learning and fun, accepted them with desire, and was a happy child.

As time passed, Michael became involved with school, and a severely handicapped brother was introduced into the family. Michael showed love and compassion for his younger brother, but it was a difficult time for all. Michael went on to do well in school, make friends, be attentive to his brother, and participate in groups and organizations, such as the Boy Scouts. He was always learning how to live his life by doing the right thing, making good choices, and caring deeply for others. He has a wonderful sense of humor, brought joy to many and was always giving and helpful.

As is typical and appropriate, Michael became more and more independent, developed healthy interests, and moved forward into adulthood. Our families remained in contact, and Michael always seemed to be a happy well adjusted child, caring for others, accomplishing goals, and progressing with his life. He continued to give of himself and was always concerned about others!

Life has brought its difficulties for Michael and his family. but Michael always stepped up to the plate. First, his handicapped brother, whom he loved, cared for and showed deep concern for. Michael also has an adopted sister, who he looked out for and supported financially in adulthood. He loves her children, spends quality time with them, and often cares for them when needed. He gives of himself in many ways, and values his relationships with others.

,
At this point in his life, I think what Michael needs is further support in reaching his potential rather than isolation from possibilities or being given lengthly punishment. He can be an asset to many. I trust you will use your professional judgement in deciding what is best for Michael. He has great potential, and I feel he can truly be a benefit to others if given the opportunity.

Regards,

*Terri Grundy*

Terri Grundy

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

RE: Michael O'Neill

Dear Judge Wolford,

    I have known Bill and Linda Ross for approximately 32 years.  In that time I have gotten to know Michael, Linda's son.

    I have also come to know Michael on a personal level and know how proud he is of his family.  Michael has always been a support system for his mother, sister, brother and nieces and nephews.  They love him with all of their hearts.

    I know Michael to be a caring and compassionate individual and he has always been there to help when needed. I have learned over the years of knowing Michael that he will always help the underdog.

    I am certain that Michael does not want to leave a legacy to his family and friends of being tarnished with his actions and he is willing to live a life that is not only law abiding, but that will also atone for the poor judgement he has shown and the mistakes that he has made.  I am sure that he will work tirelessly to show his family and his community that he has learned from his mistakes and therefore become a better family member, friend and neighbor.

    On behalf of Mr. O'Neil, I am asking for your consideration of leniency in his sentencing.


Respectfully,

Patti L. Weiss

October 23, 2017

Honorable Elizabeth Walford
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Re: Michael O'Neill

Dear Judge Walford:

My relationship with Michael O'Neills family has been since 1983 when his mother and I worked for Niagara County Health Dept. as Registered Nurses. We were similar in our concern for our patients and our families. Linda and Bill Ross attended our son's weddings and accomplishments were celebrated. I was very touched when they traveled to Canton to watch our Mark play football with the New York Saints in the Hall of Fame Game.

We attended Michael's Graduation party at The Buffalo Launch Club. Michael was polite, quiet but very appropriate. His mother told me how concerned he was for the inmates when he worked as a deputy Sheriff.

In 2015 Michael was badly attacked in Tonawanda, was in Intensive Care at Erie County Medical Center for over two months. His mother never left his side. He was left with medical issues.

My prayers are that his future will be positive.

Respectfully,
Sherry A. Salter

**Lana Zahn RN, BSN**

October 17, 2017

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

RE: Michael O'Neill

Dear Judge Wolford:

I met Michael's mother, Linda Ross (then O'Neill) in the 1980s when we worked together at the Niagara County Department of Health in N Tonawanda, NY. She also assisted me in the Army Reserve Nurse Corps recruitment process and we eventually spent three years serving together.

So often, Linda would speak of her children. I would hear about their accomplishments and future plans. I was impressed by her interest in all aspects of her children's growth and also by the constant encouragement she provided to both Michael and his sister. She pretty much dedicated herself to making sure each had the best of opportunities.

When I finally met Michael, I was impressed by his passion and compassion, especially his compassion for others. I remember how respectfully he treated me. He was not rude or loud, but was willing to listen quietly and was not confrontational or argumentative. He looked me straight in the eye during conversation. He is a gentle person.

It is with my hope that Michael's sentence will be mitigated or absolved.

Sincerely,

*Lana Zahn*

Lana Zahn RN, BSN
Childcare Health Consultant

November 12, 2017

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

Re: Michael O'Neill

Dear Judge Wolford:

My name is Sandra Palkowski and I am a friend of Michael O'Neill's. We met online through E-Harmony in August of 2007.

In the years that I have known him he has never been anything less than a gentleman. He has very strong ethics and morality. Doing the right thing is important to him.

They say that you should look for a man who loves his mother, likes animals, and is good to children and the elderly. Michael O'Neill is such a man. He helps people no matter where he is. It's just a part of who he is.

It has been of importance to Michael O'Neill since I first was introduced to him through E-Harmony, that he values honesty and has no room for lying, especially in a friendship or relationship. I personally have never caught him in a lie. I know that everything he has told me has been truthful....and inadvertently been verified by his mother.

The first time Michael O'Neill and I were supposed to meet face to face, he actually cancelled with me because he was trying to help a friend dealing with a legal matter who absolutely needed his help. He did the right thing to help a friend regardless of the possibility of hurting my feelings or the possibility of my not understanding. This man is like me in finding it important in his life to help people.

I'm a single mother (since June 2007) not receiving child support or any real support in the raising of my daughter and at times the going has been difficult, and I refer to more than just financial. He helped me deal with the temporary depression I had found myself in a few years ago. Just having him to talk to helped me face the tough times as he provided good advice, humour that made me feel more light-hearted, and showed compassion for my situation. He has helped me more than he knows and I miss conversing with him, and hearing his voice.

While he has been in jail, I have known him to also help the guards as well as some of the inmates. There have been a few hard-luck cases he helped by giving advice to try to help their situation and what to go over with their lawyer.

One of the things his mother shared with me about four years ago, was that when Michael O'Neill was a child he had compassion for the elderly that he'd want to do them a kindness. So he would deliver a planter on their doorstep without them knowing it was from him...just to put a smile on their faces.

Once, a few years back, I had a toe in such throbbing pain I called on him for help. He was not only able to diagnose it was infected, but also advised me of what to do to stop the pain and heal it. He is a person one can trust.

He often told me that if he ever saw a homeless person in need, he'd help. If they needed a jacket or coat, he'd give them his coat right off his own back.

About three and a half years ago, my daughter had a project to do for school based on the Flat Stanley books. She was to mail out her handmade Flat Stanley to someone (the further away the better) and they were to "take out" Flat Stanley for some sightseeing and adventures, take pictures and mail him back with those pictures so she could use them in her assignment.. Most of our family lives within a short distance to us so they would not suffice. She had a friend who agreed to help with her project and we mailed it to that friend. She did nothing about it. By the time we were notified we were running out of ideas and time. I asked Michael O'Neill if he would do this to help us out. I knew it wasn't his sort of thing. It would look strange for people to see a grown man taking pictures of a cut-out doll doing things around the town. But he did it. Without a word of complaint or dissent. He not only completed it, but he sent back the pictures in record time which helped my daughter get her project both done and on time. He really came through for us.

There have been many times where he may be going through something, and at times something big, but he is always concerned how others are in the midst of this. When he first injured his leg, and his family got a hold of me to inform me what happened, it was just after his surgery and I had the chance to talk to him. He didn't go on about the pain he was in, he didn't mention it at all, he wanted to make sure that I was ok. He didn't want me to worry about him. All he wanted to know was that I was ok.

I have been torn up about his current situation, it has caused me a great deal of stress and concern for his well-being; and I believe it is only right for a man with such compassion, moral fortitude, and desire to help people, to be detained no further.

Respectfully,

Sandra Palkowski

October 20, 2017

HONORABLE ELIZABETH A. WOLFORD

United States District Court

Western District of New York

100 State Street

Rochester, NY 14614

RE: Michael O'Neill

Dear Judge Wolford:

My name is Dorothy Messer. I was a neighbor of Michael until November 2014, when we relocated to North Carolina. Up to that time, we were nextdoor neighbors for most of Michael's life, from the time he was a young boy. I remember him as a nice boy, enjoying himself with his friends. As he grew up, was always respectful of my husband and I.

Was sorry to hear of what had happened. The outcome is something he will have to live with the rest of his life. I hope you will take this into consideration when you make your decision,

Respectfully,

Dorothy Messer

October 20, 2017

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
100 State Street
Rochester, NY  14614

RE:  Michael O'Neill

Dear Judge Wolford:

It has been my pleasure to know Michael O'Neill since 1992. I have been a friend of the family.

Michael is a good son who deeply cares for his family and others.  He is always willing to help others and was very sympathetic when my daughter was severely injured several years ago.

I sincerely believe that Michael deserves a favorable sentence and hope he can return home to his family soon.

Sincerely,

*Lori Hoover*

Lori Hoover

Dennis J. Carroll

October 25, 2017

HONORABLE ELIZABETH A. WOLFORD
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

RE:    Michael O'Neill

Dear Judge Wolford:

My name is Dennis Carroll and have been Michael O'Neill's investment account
representative since 2006. He was originally referred to me by his mother Linda Ross,
who is also a client of mine. I am a Registered Representative with American Portfolios
Financial Services.

Most of my contact with Mr. O'Neill has been on the telephone. Conversations I have
had with him (and his mother) have given me some small insight into his make-up. My
impression has been that he is a loving family member, and has shown a good deal of
intelligence, responsibility, and discipline, especially as pertains to his finances.

While my personal contact has been limited, I would ask that leniency be shown to Mr.
O'Neill in his sentencing. The "victims" of this crime appear to me to be his family and
himself. His family has had to endure high profile news coverage and the negative
effect that has had on them. They will, through no known fault of their own, continue
to have to deal with the fall-out of the situation. Mr. O'Neill himself is a victim of his
own crime by virtue of having to spend the rest of his life as an amputee.

With no victims other than themselves, it would seem appropriate, to me, to show
leniency in order to give Mr. O'Neill and his family an opportunity to "heal" together.

Respectfully,


Dennis J. Carroll