PROB 12C
(12/98)

# United States District Court
## For
## The Western District of New York
## Petition for Offender Under Supervision



**NAME OF OFFENDER:** Michael C. O'Neill      **CASE NUMBER:** 1:15CR00151-001

**ADDRESS OF OFFENDER:** 6761 Walmore Road, Niagara Falls, New York 14304

**NAME OF SENTENCING JUDICIAL OFFICER:** Honorable Elizabeth A. Wolford, U.S. District Judge

**DATE OF ORIGINAL SENTENCE:** December 11, 2017

**ORIGINAL OFFENSE:** Unlawful Possession of a Destructive Device, in violation of 26 U.S.C. §5845(a)(8), §5871, §5841, §5845(f), §5861(d), and §5845(i).

**ORIGINAL SENTENCE:** Sentenced to thirty (30) months custody of the Bureau of Prisons pursuant to 11(c)(1)(C) followed by two (2) years of supervised release. Special conditions to include: substance abuse testing/treatment; mental health evaluation/ treatment and search condition.

**TYPE OF SUPERVISION:** Supervised Release

**DATE SUPERVISION COMMENCED:** December 22, 2017

**ASSISTANT U.S. ATTORNEY:** Laura Higgins      **DEFENSE ATTORNEY:** Joseph LaTona

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Charge #1/ Special Condition** | "**The subject is to submit to mental health evaluation. If indicated by the evaluation, the defendant shall participate in mental health treatment by participating in a program approved by the U.S. Probation Office or any other treatment deemed necessary by the Court. The defendant is not to leave such treatment until completion.** While in treatment or taking psychotropic medication, the defendant shall abstain from the use of alcohol." |

**Details:** On August 8, 2018, this officer conducted an announced field contact at the offender's residence. Mr. O'Neill submitted a breathalyzer which yielded .18 BAC. When questioned regarding this result, the offender admitted to consuming beer and bourbon until 4 a.m. It is noted, the offender utilizes psychotropic medications prescribed by his primary care physician and remains active in outpatient mental health treatment through Niagara County Mental Health. As a result, Mr. O'Neill was referred for a substance abuse evaluation and placed in a random drug testing program. This program required him to call in daily to determine if he must report for a drug test.

RE:   Michael C. O'Neill
      1:15CR00151-001
      Page 2

**Charge #2/ Special Condition**   "**The defendant shall submit to substance abuse testing, to include urinalysis and other testing. Details of such testing to be approved by the U.S. Probation Office. If substance abuse is indicated by testing, the defendant is to complete a drug/alcohol evaluation and enter into any treatment as deemed necessary by the U.S. Probation Office and/or the Court. The defendant is not to leave treatment until discharge is agreed to by the U.S. Probation Office and/or the Court. While in treatment and after discharge from treatment, the defendant is to abstain from the use of alcohol.**"

**Details:** As mentioned in Charge #1, the offender was referred for a substance abuse evaluation based on his alcohol abuse. The offender began Northpointe Council Inc. outpatient substance abuse treatment on August 14, 2018. According to his treatment counselor, the offender tested positive for alcohol on August 23, 2018, and October 2, 2018. Additionally, he failed to provide urine samples as required on October 25, 2018, November 1, 2018, and November 5, 2018. His counselor was informed, and our office agrees that the offender is trying to avoid being tested on certain days, as well as, only providing samples on the days he desires.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on:   November 6, 2018

Signed by:   _____
             James Dyckman
             U.S. Probation Officer

Place:   Buffalo, New York

Reviewed by:
_____
Peter J. Lepiane
Supervising U.S. Probation Officer

---

THE COURT ORDERS:
☐   No Action
☐   The Issuance of a Warrant
☒   The Issuance of a Summons for a Violation Hearing      12/12/2018 at 10:30 AM
☐   The Issuance of a Summons for a Modification Hearing
☐   Other

_____
Signature of Judicial Officer

11-8-18
Date