AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>Michael C. O'Neill<br><br>*Defendant* | )<br>)<br>)<br>) Case No.   1:15-CR-151-001<br>)<br>)<br>) |

RECEIVED 2018 NOV -9 PM 2:11 MARSHALS SERVICE WESTERN NEW YORK

FILED DEC 12 2018 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of Court

| Place: | U.S. Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 | Courtroom No.: | Floor 8, Chautauqua |
|---|---|---|---|
| | | Date and Time: | 12/12/2018 10:30 am |

This offense is briefly described as follows:

Violation of Supervised Release


Date:   11/09/2018

*Issuing officer's signature*

Mary C. Loewenguth, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date:  11/27/2018

*Server's signature*

Nowak, Brent J.  CIDUSM
*Printed name and title*